IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-04-00308-CV

 

In re Edwin Bernard Perkins

 

 



Original
Proceeding

 

 



MEMORANDUM 
Opinion



 

In this action, Perkins requests
this Court to mandamus the district clerk. 
We have no jurisdiction to mandamus a district clerk.  In re
Simpson, 997 S.W.2d 939 (Tex. App.—Waco 1999) (orig. proceeding) (citing Tex. Gov’t Code § 22.221(b) (Vernon 2004)).  Thus, the petition for writ of mandamus is
dismissed for want of jurisdiction.

 

                                                               PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Dismissed for want of jurisdiction

Opinion delivered and filed October
 27, 2004

Publish

[OT06]